## CONTINUATION IN SUPPORT OF
## A COMPLAINT

I, Scott Robinson, being duly sworn, hereby depose and state as follows:

## SUMMARY OF PROBABLE CAUSE

1. This continuation concerns child exploitation. A man named MICHAEL BLEDSOE has committed multiple child exploitation offenses while chatting online with an FBI employee acting in an online undercover capacity.

2. The focus of this continuation is on one offense, namely, BLEDSOE's attempted sexual exploitation of a child contrary to 18 U.S.C. §§ 2251(a) and (e). On December 12, 2024, BLEDSOE was communicating with an undercover employee while the employee was controlling an undercover persona. BLEDSOE believed he was chatting with a 12-year-old girl. BLEDSOE asked, "have you ever stuck your finger in your pussy?" He added, "it would be much easier to show you how to do it." He continued, "you could video it and show me and I could give pointers/ no pressure but it might help you/ if I see what you're doing then I might be able to offer different things. Ideas." He clarified, "if you wanted help knowing if you were rubbing right then you'd show me that."

## INTRODUCTION

3. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since 2019. I was previously employed as a police officer in Indiana for 9 years. I am currently assigned to the Detroit Division, Lansing Resident

Agency. Since becoming a Special Agent, I have worked federal violations including kidnapping, child sex trafficking, online child exploitation, and child pornography.

4.      My duties include the investigation of alleged violations of federal criminal laws, including the offenses of Sexual Exploitation of a Child (18 U.S.C. § 2251), as well as Distribution, Receipt, and Possession of Child Pornography (18 U.S.C. § 2252A).

5.      As a result of my participation in this investigation, I submit that there is probable cause to believe that **MICHAEL BLEDSOE (BLEDSOE)**, committed the offense of attempted sexual exploitation of a child, contrary to 18 U.S.C. §§ 2251(a) and (e).[1]

6.      The statements contained in this continuation are based in part on information provided by U.S. federal law enforcement agents; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, including foreign law enforcement agencies; information gathered from the service of administrative subpoenas; the results of physical and electronic surveillance conducted by law enforcement agents; independent investigation and analysis by law enforcement agents/analysts and computer forensic professionals; and my experience, training, and background as a Special Agent.  Since this continuation is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation.

---

[1] There is also probable cause that BLEDSOE violated other federal laws concerning child pornography. However, the focus of this continuation is on the evidence concerning BLEDSOE's violation of 18 U.S.C. § 2251.

## **STATEMENT OF PROBABLE CAUSE**

### Kik Chat

7. On or about October 14, 2024, a law enforcement officer acting in an online undercover capacity (OCE) was a participant in a Kik group called "Daulove." The group is known to law enforcement for sharing and discussing incestuous activities, to include those involving minors. Kik is an application-based communication platform which allows users to communicate in group chats or individual chat messaging.[2] The OCE observed a posting made by Kik user **StiltyJack** (Hereafter referred to as SJ) to the Daulove group. The OCE sent a private message to SJ. The OCE started chatting with SJ on or about October 14, 2024.

8. During the Kik conversation, SJ advised that he was a 40-year-old male from Michigan with access to a minor female. The OCE purportedly had a 12-year-old daughter. SJ noted that the minor female "has an amazing body" and "she was innocent which just adds to it lol." SJ told the OCE, "I'd love to see [the minor female] naked" and noted "I'm trying to figure out a way not to get caught."

9. SJ described hidden cameras, noting "I think there are ones you can plug in that look like a charging block" and "one looks like a power bank." SJ further noted "there's already a charging block in the bathroom so I could just swap it out. I guess I'd have to look into it more." SJ added, "[the minor] is more observant though so he [sic] would notice a camera."

---

[2] https://www.webwise.ie/parents/explainer-what-is-kik/

3

10. SJ sent the OCE images of underwear in a dresser drawer and then underwear by itself. SJ noted, "they smell amazing. Bet your girl has a cute ass" SJ also sent an image of a female in yellow bikini bottoms and advised, "she looks amazing in a bikini. I used to have a ton more of her in a bikini. Now I only have a few." When asked why he no longer has the pictures, SJ responded, "I don't know. The app I had them hidden in crashed." SJ told the OCE that he masturbates to images of his the minor female and used to "jerk off and cum in them [her underwear] all the time."

11. The OCE told SJ that he had not yet been able to get a picture of his minor daughter naked, SJ suggested the OCE, "set up a cam!" SJ also told the OCE, "I want to see her naked," referring to the OCE's purported daughter.

12. SJ then sent the OCE two images of what appears to be the same female from behind. In one image the female is wearing burgundy tights and a grey sweatshirt and in the other the female is wearing a turquoise t-shirt and a white thong underwear. SJ noted the minor female has "an amazing ass". SJ advised "I wish I had someone who could text the girl [i.e., the minor female to whom BLEDSOE has access] and pretend like it's an accident. See how she would respond. She's super innocent but I'm sure she has a naughty side." SJ added "maybe eventually we can figure something out to help each other."

13. SJ then asked the OCE if he had a Telegram account and noted he has Telegram and Session. SJ provided his Telegram username as **@stiltymidget**.

<u>Telegram Chat</u>

4

14. On or about November 3, 2024, the OCE and SJ continued communicating under the Telegram account **@stiltymidget.** Telegram is a cloud-based mobile and desktop messaging app with a focus on security and speed.[3]

15. In the Telegram communications, SJ continued to discuss purchasing a spy camera and placing it into his daughter's room. SJ noted that he hoped the OCE would buy a spy camera and added "I'd share if I ever do it." The OCE asked what SJ would capture if he were to get a spy camera. SJ told the OCE, "her changing. Her naked. Or just in panties. I think it would be amazing to see."

16. SJ sent images to the OCE of a pair of green shorts and multiple images of different bras. SJ then wrote, "Sometimes I stroke in her panties. Other times just look and see," SJ continued, "sometimes I leave pre cum in her clean panties so she wears them." SJ added that he has "cum in them before and put them back but then I got nervous and washed them." SJ wrote, "I want to see her naked so bad lol. I want to put something in her room but she's always tearing it apart and cleaning and reorganizing."

17. SJ sent the OCE links to Amazon pages for nanny cameras and hidden cameras. SJ wrote, "I'm thinking I'm going to buy the cam".

18. SJ stated "it would be fun to try and talk to her [OCE's minor daughter]. To see what she would do." When the OCE advised that his daughter has a Discord account, SJ noted "Oh ok. I have discord." SJ later asked "Do you want me to try her discord? If not, I understand. We can wait." The OCE noted that it is up to SJ whether he wanted to

---

[3] https://telegram.org/

5

reach out to the OCE's daughter or not, to which SJ replied, "I'd message her." SJ further stated, "I'd try to talk to her."

19. When asked what he would talk to the OCE's minor daughter about, SJ advised "I don't know. Small talk at first. Flirt a little bit maybe. Eventually see if she gets naughty but that would take a long time I think." SJ added "You tell me when you're ready for me to try to talk to her. Sound good?" Later, SJ advised "whenever you want to send it [the OCE minor daughter's Discord username], feel free to." The OCE then provided a Discord username SJ believed belonged to the OCE's minor daughter. SJ responded, "I sent her a friend request lol".

20. After being provided with a Discord username SJ believed to be operated by the OCE's 12-year-old daughter, SJ began sending the OCE Discord screenshots between himself and who he believed was the OCE's minor daughter. SJ noted "I almost had her flashing me bit [sic] I backed off for now lol." SJ further advised "I haven't decided if I'll send it [a picture of his penis] or not lol. Probably at some point. We seemed to be getting a little closer to nudity lol. I just want her to send a pic to start [crying face emoji]". When discussing the OCE's daughter, SJ noted "she's an almost teenage girl".

21. SJ advised he was a member of a nudist group on the application Session and that there were some images shared in the group that he enjoyed and saved. SJ sent images of various males and females nude. In some of the shared images, there are nude females who appear to be minors. SJ noted that some of the females in the shared images appear to be in their mid to late teens. SJ informed the OCE that he sent nudist images to the OCE's minor daughter and noted of the images sent "I thought it was a god mix of

6

teens and parents". SJ further advised he sent the OCE's minor daughter images of "blow jobs. One with a girl who has a dildo up her ass".

22. On December 5, SJ sent the OCE two pictures of a female he identified as the minor female to whom he has access.

23. On December 9, SJ sent the OCE an image of an unknown naked female who appeared to be a minor. The female had little to no breast development and no pubic hair.

24. On December 11, SJ sent the OCE an image of an unknown naked female who appeared to be a minor. The female had little or no breast development and no pubic hair. The female was wearing a girl scouts vest and had her legs spread, displaying her exposed vagina. When asked how old SJ believed the female was, SJ responded, "Im not sure. Probably your girls age?"

Discord Chat

25. On or about November 28, the OCE received a message request on the application Discord from user **onetallmutha,** known to the OCE as SJ. The OCE's account purportedly belonged to the OCE's fictional 12-year-old daughter. Discord is a voice, video, and text chat app that's used by tens of millions of people ages 13+ to talk and hang out with their communities and friends[4].

26. The initial chat started with SJ asking whether he was talking to a person he met at the store and noting he may have gotten the username wrong. When asked if

---

[4] https://discord.com/safety/360044149331-what-is-discord

the OCE knew SJ, SJ responded the OCE did not but stated the OCE seemed nice and asked to keep conversing.

27.     The OCE informed SJ they were only 12 years old and noted they were not allowed to be on TikTok. After being advised of the OCE's age, SJ asked if the OCE would ever "flash your boobs or butt" or "just you in your panties". SJ further suggested to the OCE "you could flash me to practice". After being advised of adults around the OCE, SJ suggested the OCE go into the bathroom to take a flashing picture, stating it would be "fun" and noted "who better to flash than a stranger?" SJ asked the OCE about the size of their breasts and noted "A cups are so cute". SJ further stated, "I bet you have a cute ass!" and "you should go to the bathroom and send me a pic of your ass in panties!"

28.     SJ asked if the OCE wanted to see SJ's underwear and then sent a close-up image of an adult male's boxer brief's that have sloths in sweaters on it and noted "see, it's not hard to send fun pics to people you just met lol". SJ then asked "did you want me to take them off and show you? So if I asked you to take them off and show me you would?" and "Cause if that's what you want to do, by all means, surprise me lol I wont complain". SJ further noted "it's not like I was hard when I took the picture". SJ added that "with me, you'd be able to tell if I was hard lol if I were excited".

29.     SJ stated "I get to about 7.5"-8 inches big. I'm oretty thick too. Not that you asked lol". SJ then asked if the OCE had masturbated before and advised "I can teach you anything you want to know. And yes masturbation is normal. It's healthy".

30.     SJ asked if the OCE shaves their vagina and asked if they had any pubic hair. SJ stated, "I was gonna dare you to touch your pussy but probably too many people

8

around for that lol" and then advised "Actually…i dare you to stick your hand in really fast and rub your pussy for 1 second". When asked why SJ wanted the OCE to do that, SJ responded "I just think you should explore! Exploring your body is a fun thing to do".

31.     SJ asked if the OCE liked their breasts and asked if the OCE had small nipples and noted "Im sure they're very cute." When the OCE advised they did not know their nipple size, SJ suggested "you could always show me. It would be easier to tell lol". SJ then asked if the OCE plays with their nipples and noted "some women love their nipples played with".

32.     SJ asked the OCE "did you rub your pussy last night?" and asked "are you going to tonight? After you show me your ass?" SJ added "I think you should rub it for at least 30 seconds". SJ advised "I don't see anything wrong with it at all. The human body is beautiful" and "it shouldn't be hidden or be made to feel silly for sharing".

33.     When the OCE asked why SJ continued to ask for pictures of the OCE, SJ responded, "Because I want to. Because I want you to realize that the body is beautiful. That it's not wrong to send pics like that. Towel pics. Booty pics. Boob pics. I won't ask for a pussy pic. But you could aways share."

34.     On December 5, 2024, SJ asked the OCE "do you want me to send you some nudist pictures? So you see what it might be like?" The OCE asked if SJ was offering pictures of himself, to which SJ responded "I mean, I was going to send you a picture of me hard at some point. These would be pictures that I found though". SJ then send the OCE images of various males and females nude. One of the images shows four nude females, all of which appear to be minors.

9

35.     SJ asked the OCE if the OCE wanted to see more images of people nude. SJ noted that he had a lot of such images and advised "I'll send you some more". SJ then send the OCE additional images of males and females nude. The last image transmitted was of an erect male penis taken in a bathroom. SJ captioned the picture "I snuck a picture of me in there lol". After sending the image, SJ asked if the OCE liked it and noted "I'm glad you're not bad. Sending pictures is easy." SJ encouraged the OCE to share more images of themselves, noting "pussy if you ever want to lol".

36.     SJ sent additional images of males and females nude, with one image of an adult female touching an erect male penis and another image of an adult female performing oral sex on an erect male penis. SJ noted that he uses "them to masturbate to sometimes lol" and advised "I think you should try to masturbate tonight". SJ further asked "do they turn you on at all? Like…does your pussy get wet?" When the OCE advised they did not know, SJ requested "stick your hand on your pussy and see if you're wet. Just a finger or two" and then "rub your pussy a little". SJ then sent the OCE a gif of an adult female performing oral sex on an adult male who is being anally penetrated by another adult male and a video of an adult female performing oral sex on two adult males and asked the OCE "how does it feel to rub your pussy?"

37.     SJ advised no girl had ever sent him pictures and that "You'd be the first!" When the OCE asked if SJ would prefer someone older, he responded, "I'd love for you to be the first" and noted that "some of the nudist ones I sent you had kids your age."

38.     SJ described to the OCE various female grooming styles and advised "your bald pussy is beautiful right now. Just the way it is." After the OCE advised they had not

10

started growing pubic hair yet, SJ advised "it will come soon enough" and noted "kinda turned on right now lol" and advised "you should rub your pussy some more".

39. On December 12, 2024, SJ asked the OCE "have you ever stuck your finger in your pussy?" When the OCE advised they had not and were probably doing it wrong, SJ noted "it would be much easier to show you how to do it" and suggested the OCE "rub more in between your legs buy your pussy lips. Separate the lips and rub." SJ then advised "I could show you if I was there lol." When asked how SJ would be able to show the OCE, SJ responded "Sit and watch. Give pointers on what to do" and "I suppose I could do that over video lol" and "you could video it and show me and I could give pointers." SJ added "no pressure but it might help you" and "if I see what you're doing then I might be able to offer different things. Ideas." When asked what SJ would want to see, SJ responded "if you wanted help knowing if you were rubbing right then you'd show me that."

## Identification of SJ

40. The FBI issued a subpoena to Kik for subscriber information related to **StiltyJack.** Kik provided the following information:

First Name: StiltyJack Last Name:

e-mail: mbledfd@gmail.com (confirmed)

User Location 12/2/2024: IP 45.134.224.112

User Location 11/29/2024: US (Detroit, IP 68.36.104.225)

41. The FBI issued a subpoena to Discord for subscriber information related to **onetallmutha.** Discord provided the following information:

11

Username: onetallmutha#0

Email: onetallmutha67@yahoo.com

Phone Number: 1-517-291-3554

Registration Timestamp: 2019-08-23 16:03:29

42. The FBI issued a subpoena to T-Mobile for subscriber information related to telephone number 517-291-3554. On December 6, 2024, T-Mobile provided the following return:

Subscriber Name: Michael Bledsoe

Subscriber Address: 6128 E Lake Dr., Haslett, MI 48840 (SUBJECT PREMISE)

Subscriber Status: Active

Subscriber Effective Date: 5/17/2022

IMSI: 310260499673081

IMEI: 351010392442806

43. On December 12, 2024, the FBI Lansing Resident Agency received information from FBI San Francisco Division (the current division to which the OCE is assigned) regarding the possible identification of SJ and a minor child under his care and custody. SA Scott Robinson contacted Meridian Township Police (MTP) School Resource Officer (SRO) Kolby Casaday. SA Robinson provided SRO Casaday a picture of the female SJ sent to the OCE claiming to the minor female to whom he has access.

44.    On December 12, 2024, SRO Casaday identified the female as a potential minor victim[5] (hereafter referred to PMV1) as being a student at a school in West Michigan. PMV1 has a listed address at a place that BLEDSOE had regular access to during the time period in which the above chats occurred.

<u>Investigators Search BLEDSOE's Home and Interview BLEDSOE</u>

45.    Investigators used a Michigan Secretary of State database to identify BLEDSOE's residence, and on December 13, 2024, the FBI executed a search warrant on BLEDSOE and his home. BLEDSOE had an Apple iPhone 14 in his possession at the time of contact. BLEDSOE provided the Apple iPhone to Agents and consented to a voluntary interview.

    a.    Apple iPhones are manufactured outside of the state of Michigan.

46.    BLEDSOE gave a statement to FBI agents. BLEDSOE was asked if he ever solicited images or videos from a minor. BLEDSOE said, "so, um…that friend of mine in California, wanted to know what his daughter would do." BLEDSOE stated the female did not send him anything and the last time they spoke was "last night." Bledsoe said he "maybe" sent one nude image to the minor female. The "friend in California" and "daughter" BLEDSOE referenced was the FBI OCE.

47.    BLEDSOE confirmed he used the Discord account onetallmutha, which is the same account used to communicate with the OCE's purported 12-year-old daughter.

---

[5] Full identify of PMV1 is known to law enforcement but withheld to protect PII.

13

BLEDSOE confirmed his Kik username was "stiltyJack," which is the same account used to communicate with the OCE.

    a. Discord, Kik, and Telegram are all internet-based applications, headquartered outside of the state of Michigan. The use of these platforms in the State of Michigan therefore involves the use of a means and facility of interstate commerce.

48. BLEDSOE stated there was possibly masturbation videos of minors or people close to minor age in the hidden application on his phone. BLEDSOE also advised there were "probably some fake nudes" in the chats or the hidden application on his phone. BLEDSOE said he would take a picture to an unknown website and AI would generate what that person who look like naked. BLEDSOE admitted that he altered images of the minor female that he had access to with artificial intelligence (AI) to make her appear naked.

49. An FBI Master Digital Forensic Examiner conducted a review of the Apple iPhone 14, collected from BLEDSOE. A review of the device revealed over 40 sexually explicit images of real children engaging in real (i.e., actual) sexually explicit conduct. Additional images on BLEDSOE's iPhone featured the faces of real children whose bodies had been altered using AI-technology to appear photo-realistically nude. Among this collection of AI-edited photos were multiple explicit photos of PMV1. Also observed on BELDSOE's iPhone were the Telegram, Kik, and Discord chats with the OCE.

## **CONCLUSION**

50.     Based on the forgoing, I submit that there is probable cause to believe that, during his chats with the OCE, **MICHAEL BLEDSOE** attempted to sexually exploit a minor by attempting to cause, induce, and persuade a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, all in violation of 18 U.S.C. §§ 2251(a) and (e).