UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

MICHAEL DAVID BLEDSOE,
    a/k/a "StiltyJack,"
    a/k/a "stiltymidget,"
    a/k/a "onetallmutha,"    **INDICTMENT**

        Defendant.
_____/

The Grand Jury charges:

**COUNT 1**
(Attempted Sexual Exploitation of a Minor)

Between on or about October 14, 2024 and on or about December 13, 2024, in Ingham County, in the Southern Division of the Western District of Michigan, and elsewhere, the defendant,

MICHAEL DAVID BLEDSOE,
a/k/a "StiltyJack,"
a/k/a "stiltymidget,"
a/k/a "onetallmutha,"

knowingly attempted to employ, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct, for the purpose of producing recorded and live visual depictions of such conduct, and the defendant knew and had reason to know that the visual depiction would be transmitted using a means and facility of interstate commerce.

Specifically, the defendant attempted to employ, persuade, induce, entice, and coerce the person using a Discord messaging account, whom defendant believed was a 12-year-old girl, to photograph herself engaged in sexually explicit conduct, including masturbation and the lascivious exhibition of a child's genitalia. The defendant used the Kik messaging account StiltyJack, the Telegram messaging account stiltymidget, and the Discord messaging account onetallmutha to gain the ability to communicate with the person defendant believed was a 12-year-old girl. Defendant used a means and instrumentality of interstate commerce, specifically, a wireless communications network and the internet, to communicate on each of these platforms. Defendant sent and received messages on Kik, Telegram, and Discord using an Apple iPhone 14 that had been mailed, shipped, and transported in and affecting interstate and foreign commerce.

18 U.S.C. § 2551(a) and (e)

## COUNT 2
(Receipt of Child Pornography)

Between on or about November 22, 2024 and November 25, 2024, in Ingham County, in the Southern Division of the Western District of Michigan, and elsewhere, the Defendant,

MICHAEL DAVID BLEDSOE,
a/k/a "StiltyJack,"
a/k/a "stiltymidget,"
a/k/a "onetallmutha,"

knowingly received child pornography using any means or facility of interstate and foreign commerce. Specifically, the defendant received one or more images of child pornography over a cellular communications network using the smartphone application Kik. Those images include, but are not limited to, files with the following identifying information:

- File Name: b0f9524c-d2f7-4c2d-ae43-3cc5e5c75515
    - MD5: 56c8e9fe53b571904980029b3f3fb08d

- File Name: f98b3839-276d-4293-ba27-59e27f52a1cd
    - MD5: 2b54a89620ce2cfa741b00896e51c863

- File Name: 755d831b-b277-4c7d-acba-70300197d185
    - MD5: d282c17406e7abb05843d6a949c11423

18 U.S.C. § 2252A(a)(2)(A) and (b)(l)
18 U.S.C. § 2256(8)(A)

## COUNT 3
(Possession of Child Pornography)

On or about December 13, 2024, in Ingham County, in the Southern Division of the Western District of Michigan, the defendant,

> MICHAEL DAVID BLEDSOE,
> a/k/a "StiltyJack,"
> a/k/a "stiltymidget,"
> a/k/a "onetallmutha,"

knowingly possessed images of child pornography, including, but not limited to, one or more of the images and videos listed below:

- File Name: 07D8128E-E0CE-403F-8E56-900520AD6F93_compressed.png.decrypted
    - MD5: 69c55fd7a193bc7c324392b02576df32

- File Name: 19BDE302-C081-46DA-8C2B-52B84DA4D254_compressed.png.decrypted
    - MD5: 2f24a113dba9232f6072421e415c4c27

- File Name: 42f3c3f3-9e30-4319-90a0-a2d23292737d
    - MD5: 6cb86a522c65a9ae9cd72e119a098dea

- File Name: 43421783-9DFC-4647-9CD9-0BEDDAFB820F_compressed.jpeg.decrypted
    - MD5: 65326cca4c677019524fe02a90a917db

- File Name: 76FEA160-4AE1-4288-B1C3-C27392B2D172_compressed.png.decrypted
    - MD5: 31b0e1f870f8ba273668c756b03b9efd

- File Name: ac546a2f-5096-45a9-97ca-bfd62a48c780
    - MD5: 238750045b95caab02e4caf2a6d3a3fa

- File Name: b0f9524c-d2f7-4c2d-ae43-3cc5e5c75515

- MD5: 56c8e9fe53b571904980029b3f3fb08d

- File Name: D1E6202E-4C3E-4C4C-B0C1-8AC2756917BA_compressed.png.decrypted
  - MD5: eb8e46ed3f09f9a4d6d267c560e24bba

- File Name: E56A3E37-2ECE-4388-B3BC-CA80D74BF70D_compressed.png.decrypted
  - MD5: daa9845306c5a8c672dd8b4a1794b437

- File Name: f98b3839-276d-4293-ba27-59e27f52a1cd
  - MD5: 2b54a89620ce2cfa741b00896e51c863

- File Name: FCD1FE6E-2C95-4CD7-A554-3F0B0C4A61DA_compressed.png.decrypted
  - MD5: 4a830d80779eecaee4045bce379fa633

- File Name: B06520E9-52F3-4121-8738-615CD59035D6_compressed.png.decrypted
  - MD5: 9a31c3323ad156a7a3bac07cb306c224

- File Name: 8E76D684-A57F-4008-AA22-59A3370E47E8_compressed.png.decrypted
  - MD5: 74b107a6a208f49e8867555873e6af44

- File Name: F57300AC-45B1-4651-8A3B-3BCF0EB62395_compressed.png.decrypted
  - MD5: c347a96249d51473d7dfbbdac5315531

- File Name: 755d831b-b277-4c7d-acba-70300197d185
  - MD5: d282c17406e7abb05843d6a949c11423

- File Name: C2800679-2789-4715-BE2C-453F3AF80BC0_compressed.jpeg.decrypted
  - MD5: 51339a7e7099298725447811620c485d

- File Name: CCCD7DDD-D301-4A0E-8001-484CCFD54405_compressed.png.decrypted
  - MD5: 9a8a1e373e40a2f1f531ac469c26686b

- File Name: 4A335DD3-7D86-4C40-A44D-53E5CF47825F_compressed.jpeg.decrypted
  - MD5: e8275b2812460dc9e226b0305ce1e2ca

- File Name: 5005.JPG
  - MD5: 32544caae3d3ab4fb52969810fc196e4

- File Name: 5005.JPG
  - MD5: 0095a53750f96a7fe2d54eec237f3e4f

- File Name: 5005.JPG
  - MD5: 005ace5b353d0d702e41f5dec540d542

- File Name: 5005.JPG
  - MD5: 4984e181e9f185f2668c3140449e166d
- File Name: 10804bef-c8ea-48e0-b221-8ff348fbc69b
  - MD5: 8bb945c9ddb862e2348173252e60c809

- File Name: 98ecf18c-4190-43e3-abb6-3c7c5f76dbaf
  - MD5: 48cf82a832cf9f8a45498a5479e6e4a6

- File Name: fe478dd4-4897-4049-b759-7809a00e6dfe
  - MD5: 24988da0e48cdd31c880cae1578b23eb

- File Name: IMG_7122.JPG
  - MD5: ee17f58db5008cd81b948a17a323ce1b

- File Name: IMG_7122.JPG
  - MD5: 621cd059f7b3f9164bdaddca1d9303b9

- File Name: IMG_7972.JPG
  - MD5: e206ad51601572e3f419a38f6845464c

- File Name: IMG_7972.JPG
  - MD5: f8327eb782fdae59f90e3ed08ea65236

- File Name: IMG_8491.JPG
  - MD5: 44d0cf64829e24a202d05bf287227111

- File Name: IMG_8491_1.JPG
  - MD5: 603bb68957d68320c34a683ee6f309fd

- File Name: IMG_8630.JPG
  - MD5: 96e6775238a0c24c5c434551d5f55ea7

- File Name: IMG_8630.JPG
  - MD5: d431abcf05e7f4c77202b514102356de

- File Name: IMG_8696.JPG
  - MD5: eb1aa766837c7a4da53b196602282c98

- File Name: IMG_8696.JPG
  - MD5: f15f9020a3f1eb8ed57b4623fe33913a

- File Name: IMG_8696.JPG
  - MD5: 1755265f0d8a7df1f82441f4eb97bc5b

- File Name: IMG_8696.JPG
  - MD5: 8b21b8f8e1bfaa734d7b8efc04682dd2

- File Name: IMG_8696.JPG
  - MD5: ebe972cdc316b65e8c3cd120e7838d9a

- File Name: IMG_8696.JPG
  - MD5: bf8d45d96f9680af26556e97fcc98638

- File Name: IMG_8698.JPG
  - MD5: a4946d1f0edafe20010c1bd5313abf20

- File Name: IMG_8698.JPG

- MD5: 613df5a71b9004775e91b3f012dabfed

- File Name: IMG_8698.JPG
    - MD5: f4474a5a616d3870fad1fc28315545f4

- File Name: IMG_8699.JPG
    - MD5: 568b3c52237cfa29d77845ef98d1983d

- File Name: IMG_8699.JPG
    - MD5: 8d756145bdb81410a707ea32d1b6bb1b

- File Name: IMG_8699.JPG
    - MD5: a1bed4f97ceaf05eaabf27db0cbf01d8

- File Name: IMG_8776.JPG
    - MD5: eb007c5c29788ce5afaca82f5bcc130e

Such images transported using a means or facility of interstate commerce and in and affecting interstate commerce by use of the internet and a wireless communications network.

18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 2256(8)(A)

**FORFEITURE ALLEGATION**
**(Sexual Exploitation of a Child)**
**(Receipt of Child Pornography)**
**(Possession of Child Pornography)**

The allegations contained in Counts 1 through 3 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 2253.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. §§ 2251 and/or 2252A, as charged in Counts 1 through 3,

MICHAEL DAVID BLEDSOE,
a/k/a "StiltyJack,"
a/k/a "stiltymidget,"
a/k/a "onetallmutha,"

shall forfeit to the United States of America any visual depiction described in 18 U.S.C. §§ 2251 or 2252A; any matter which contains any such visual depiction that was produced, transported, mailed, shipped, and received in violation of Title 18, United States Code, Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses or any property traceable to such property, including but not limited to, an Apple iPhone 14.

18 U.S.C. § 2253
18 U.S.C. § 2251
18 U.S.C. § 2252A
18 U.S.C. § 2256

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
Acting United States Attorney

_/s/ Austin J. Hakes_____
AUSTIN J. HAKES
Assistant United States Attorney