UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MICHAEL DAVID BLEDSOE,
    a/k/a "StiltyJack,"
    a/k/a "stiltymidget,"
    a/k/a "onetallmutha," and

JOSEPH BRANDON,
    a/k/a "samiamsam4463,"
    a/k/a "samiamsam2023,"
    a/k/a "samiamsam24,"
    a/k/a "katelyn_izkewl,"
    a/k/a "samiamsam_24,"
    a/k/a "samiamsam08,"

        Defendants.
_____/

Case No. 1:25-cr-017

HON. HALA Y. JARBOU
Chief U.S. District Judge

**SUPERSEDING INDICTMENT PENALTY SHEET**

*Michael David Bledsoe*

**COUNT 1: Conspiracy to Sexually Exploit Children – 18 U.S.C. § 2251**

**Minimum penalty:** 15 years imprisonment [18:2251(e)]

**Maximum penalty:** 30 years imprisonment [18:2251(e)] and/or $250,000 fine [18:3571]

**Supervised Release:** 5 years to life [18:3583(k)]

**Special Assessment:** $100 [18:3013]

**Additional Special Assessment:** $5,000 [18:3014] and not more than $50,000 [18:2259A]

**Restitution:** Mandatory [18:3663A]

**Other**: Sex offender registration

**Forfeiture Allegation:** 18 U.S.C. § 2253

**COUNT 2: Attempted Sexual Exploitation of a Child – 18 U.S.C. § 2251**

(Same as for Count 1 – Conspiracy to Sexually Exploit Children)


**COUNT 3: Receipt of Child Pornography – 18 U.S.C. § 2252A**

**Minimum penalty:** 5 years imprisonment [18:2252A(b)(1)]

**Maximum penalty:** 20 years imprisonment [18:2252A(b)(1)]and/or $250,000 fine [18:3571]

**Supervised Release:** 5 years to life [18:3583(k)]

**Special Assessment:** $100 [18:3013]

**Additional Special Assessment:** $5,000 [18:3014] and up to $35,000 [18:2259A]

**Restitution:** Mandatory [18:3663A]

**Other**: Sex offender registration

**Forfeiture Allegation:** 18 U.S.C. § 2253


**COUNT 4: Possession of Child Pornography– 18 U.S.C. § 2252A(a)(5)(B) and (b)(2)**

**Maximum Penalty:** 10 years imprisonment [18:2252A(b)(1)] and/or $250,000 fine [18:3571]

**Supervised Release:** 5 years to life [18:3583(k)]

**Special Assessment:** $100 [18:3013]

**Additional Special Assessments:** $5,000 [18:3014] and up to $17,000 [18:2259A]

**Restitution:** [18:3663; Mandatory 18:3663A]

**Other:** Sex offender registration

**Forfeiture Allegation:** 18 U.S.C. § 2253

*Joseph Brandon*

**COUNT 1: Conspiracy to Sexually Exploit Children – 18 U.S.C. § 2251**

**Minimum penalty:**  15 years imprisonment [18:2251(e)]

**Maximum penalty:**  30 years imprisonment [18:2251(e)] and/or $250,000 fine [18:3571]

**Supervised Release:** 5 years to life [18:3583(k)]

**Special Assessment:** $100 [18:3013]

**Additional Special Assessment:** $5,000 [18:3014] and not more than $50,000 [18:2259A]

**Restitution:**  Mandatory [18:3663A]

**Other**: Sex offender registration

**Forfeiture Allegation:**  18 U.S.C. § 2253

Date:  May 13, 2025                               /s/ Austin J. Hakes
                                                  Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046