# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v

MICHAEL DAVID BLEDSOE
JOSEPH FELIX BRANDON,

        Defendant.

Case No: 1:25-cr-017

Honorable Hala Y. Jarbou

## MEMORANDUM IN SUPPORT OF UNOPPOSED JOINT MOTION FOR ENDS OF JUSTICE CONTINUANCE

Defendant, JOSEPH BRANDON, is charged in a one (1) count Superseding Indictment with Conspiracy to Sexually Exploit Children. Defendant, MICHAEL BLEDSOE, is charged in a four (4) count Superseding Indictment with Conspiracy to Sexually Exploit Children, Attempted Sexual Exploitation of a Child, Receipt of Child Pornography, and Possession of Child Pornography. (ECF No. 36)

Mr. Brandon was arrested in Tennessee on May 1, 2025 and an Order of Detention was entered on May 19, 2025. (ECF No. 47) Mr. Bledsoe was arrested in East Lansing on January 31, 2025 and an Order of Detention was entered on February 5, 2025. (ECF No. 13) An order has been issued setting this case for Final Pretrial on June 10, 2025 and Jury Trial on July 7, 2025. (ECF No. 48). Counsel is now requesting at least a 90-day ends of justice continuance of those dates. Counsel received discovery in this matter today, May 30, 2025.

Counsel believes that in order to effectively represent Mr. Brandon additional time

1

is needed to obtain and review discovery, further investigate this matter and meet with Mr. Brandon to fully advise them of their options.

Counsel believes that an extension of time, if granted, would provide the parties with sufficient time to continue working towards a negotiated resolution in this matter or, in the alternative, prepare for trial. Additionally, no prejudice to the government would result from this extension of time.

The authority to exclude time from the running of the 70-day period within which a defendant must be brought to trial granted to courts by 18 USC § 3161(h)(7)(A) offers "wide latitude to the judges. It allows the courts to respond to the needs of individual cases." *United States v White*, 985 F2d 271, 275 (6th Cir 1993).

Mr. Brandon and Mr. Bledsoe state that a continuance is necessary and that the ends of justice would be served if a continuance was granted. Finally, Mr. Brandon and Mr. Bledsoe state that a continuance is both reasonable and for good cause. Mr. Brandon and Mr. Bledsoe understand that they have a right to a speedy trial pursuant to 18 USC § 3161, and a Consent to Adjournment has been signed by Mr. Brandon and will be filed separately. A Consent to Adjournment has also been signed by Mr. Bledsoe and will be filed separately.

WHEREFORE, Mr. Brandon and Mr. Bledsoe respectfully requests that this Honorable Court grant this request for at least a 90-day ends of justice continuance of the 12(b) motion deadline, the final pretrial conference, and jury trial dates.

Respectfully Submitted,

HILLS AT LAW, P.C.

Dated: May 30, 2025                         /s/Michael D. Hills
Attorney for Defendant

BUSINESS ADDRESS:
425 South Westnedge Ave
Kalamazoo, MI 49007
269-373-5430
mhills@hillslawoffice.com

Dated: May 30, 2025                         /s/Helen C. Nieuwenhuis
Attorney for Michael D. Bledsoe

BUSINESS ADDRESS:
50 Louis St NW Ste 300
Grand Rapids, MI 49503
616-742-7420
Helen_Nieuwenhuis@fd.org